# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roy A. Ashford<br>            Debtor | BK NO. 15-01574 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC as Servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFIICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2, and index same on the master mailing list.

Re: Loan # Ending In: 0803

                                                      Respectfully submitted,

                                                    **/s/ Joshua I. Goldman , Esquire**
                                                    Joshua I. Goldman, Esquire
                                                    Thomas Puleo, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 825-6306 FAX (215) 825-6406
                                                    Attorney for Movant/Applicant