UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROY A. ASHFORD

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

ROY A. ASHFORD

    Respondent(s)

CHAPTER 13

CASE NO: 5-15-01574-JJT

## CERTIFICATION OF DEFAULT

AND NOW on November 10, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 10, 2016, the Debtor(s) is/are $1150.00 in arrears with a plan payment having last been made on Oct 31, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 10, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROY A. ASHFORD

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

ROY A. ASHFORD

CHAPTER 13

CASE NO: 5-15-01574-JJT

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on November 10, 2016.

DAVID S. GELLERT, ESQUIRE
1244 HAMILTON ST, STE 204
ALLENTOWN, PA 18102

ROY A. ASHFORD
129 MILL DRIVE
TAMAQUA, PA 18252

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 10, 2016

Case 5:15-bk-01574-JJT   Doc 43   Filed 11/10/16   Entered 11/10/16 09:14:26   Desc
Main Document    Page 2 of 2