```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                           Case No. 15-01574-JJT
Roy A. Ashford                                                   Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0314-5    User: karendavi           Page 1 of 1        Date Rcvd: Nov 10, 2016
                        Form ID: pdf010           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
```
db            +Roy A. Ashford,    129 Mill Drive,    Tamaqua, PA 18252-5569
4632961       +Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
4632962       +City of Allentown,    City Hall,    435 Hamilton Street, Room 110,    Allentown, PA 18101-1699
4685263       +City of Allentown,    435 W Hamilton St Rm #215,    Allentown, Pa 18101-1603
4711595       +Ditech Financial LLC,    Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,
                Tampa, FL 33607-8409
4632963       +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Room 119,
                Allentown, PA 18101-2401
4632964       +Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4663310        E-mail/Text: bankruptcy.bnc@ditech.com Nov 10 2016 19:24:31      Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154
4647349        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 19:24:38
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4632960        AJ Watson
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer
               for CWABS Asset-Backed Certificates Trust 2007-BC2, as owner and holder of account/contract
               originated by The Bank of New York Mellon, f/k/a The Bank of Ne ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               CWABS Asset-Backed Certificates Trust 2007-BC2, as owner and holder of account/contract
               originated by The Bank of New York Mellon, f/k/a The Bank of Ne ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor Roy A. Ashford dsgatn@rcn.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2007-BC2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ROY A. ASHFORD**

    Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**
    Movant(s)
vs.

**ROY A. ASHFORD**
    Respondent(s)

Chapter: 13

Case Number: **5-15-bk-01574-JJT**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: November 10, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15