```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 15-01574-JJT
Roy A. Ashford                                                   Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0314-5      User: TWilson          Page 1 of 1              Date Rcvd: Dec 05, 2016
                          Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db             +Roy A. Ashford,    129 Mill Drive,    Tamaqua, PA 18252-5569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer
               for CWABS Asset-Backed Certificates Trust 2007-BC2, as owner and holder of account/contract
               originated by The Bank of New York Mellon, f/k/a The Bank of Ne ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               CWABS Asset-Backed Certificates Trust 2007-BC2, as owner and holder of account/contract
               originated by The Bank of New York Mellon, f/k/a The Bank of Ne ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor Roy A. Ashford dsgatn@rcn.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2007-BC2 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roy A. Ashford<br>　　　　　Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2<br>　　　　　Movant<br>vs. | NO. 15-01574 JJT |
| Roy A. Ashford<br>　　　　　Debtor | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart III<br>　　　　　Trustee | |

## ORDER

AND NOW, this 5th day of December, 2016 at Wilkes Barre, upon consideration of Movant's Motion for Relief to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on August 31, 2016 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

By the Court,

Dated: December 5, 2016

_John J. Thomas, Bankruptcy Judge_
(PJR)