# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roy A. Ashford<br>Debtor(s) | BKY. NO. 15-01574 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0803

                                                   Respectfully submitted,


                                                   **/s/ Thomas Puleo**
                                                   Thomas Puleo, Esquire
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406
                                                   Attorney for Movant/Applicant